**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

TYLOR SHANE BLACK                                                                                          PLAINTIFF
ADC #145881

v.                                            NO. 1:11CV00081 JLH

JANA PINKSTON                                                                                              DEFENDANT

**<u>JUDGMENT</u>**

      Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice with respect to Tylor Shane Black's claim for damages against defendant Jana Pinkston, and without prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

      DATED this 9th day of November, 2011.

                                                                                       */s/ J. Leon Holmes*
                                                            UNITED STATES DISTRICT JUDGE